UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and JOHN J.
VIRGA in his fiduciary capacity as director,
                          Plaintiffs,

        -against-

MARTACK CORPORATION,
                         Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2020

15 **CIVIL** 4454 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 12, 2020, the Petitioners' motion is GRANTED. The arbitration award is confirmed, and judgment is entered in favor of the Petitioners in the amount of $18,577.22 against Martack Corporation. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
         August 12, 2020

                                  **RUBY J. KRAJICK**
                                  **Clerk of Court**
                     BY:
                                  **Deputy Clerk**